| | |
|---|---|
| 1 | CLARK HILL LLP |
| 2 | BRADFORD G. HUGHES (SBN 247141)<br>bhughes@ClarkHill.com |
| 3 | TIFFANY B. HUNTER (SBN 306382)<br>thunter@ClarkHill.com |
| 4 | 1055 West Seventh Street, Suite 2400<br>Los Angeles, CA 90017 |
| 5 | Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178 |
| 6 | Attorneys for Plaintiff C.Y. BROTHERS TRUCKING, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.Y. BROTHERS TRUCKING, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>VIRGINIA TRANSPORT LLC; a Chicago limited liability company; DEAN S. NORRIS, an individual; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. CV 20-8563-GW-JCx<br><br>**JUDGMENT AS TO DEFENDANTS VIRGINIA TRANSPORT LLC AND DEAN S. NORRIS** |

This matter came before the Court on plaintiff C.Y. BROTHERS TRUCKING, INC.'s ("C.Y. Brothers") Renewed Application for Default Judgment against defendants VIRGINIA TRANSPORT LLC and DEAN S. NORRIS. After consideration of the evidence and authorities submitted by C.Y. Brothers, the Court **GRANTED** the application, and the Court accordingly **ADJUDGED AND ORDERED** as follows:

1. Judgment is hereby entered in favor of C.Y. Brothers and against defendants Virginia Transport LLC and Dean S. Norris, jointly and severally, on all claims alleged in plaintiff's Complaint in the amount of one million five hundred thousand dollars ($1,500,000).

2. Defendants Virginia Transport LLC and Dean S. Norris, and their officers, directors, principals, agents, servants, employees, and all those acting on their behalf or in concert or in participation with them, shall be and hereby are, effective immediately, permanently enjoined from continuing to defame C.Y. Brothers as complained herein.

3. Within ten days of the date of this Judgment, defendants Virginia Transport LLC and Dean S. Norris, and all persons and entities acting on their behalf or in concert or participation with them, including Carrier411, are further ordered, at defendants' sole expense, to remove each and every defamatory post published by defendants about C.Y. Brothers from www.carrier411.com and from anywhere else they appear on the internet or print.

4. This Court will retain jurisdiction to the extent necessary to enforce this Judgment and to award such other equitable and further relief at the Court deems just and proper.

**IT IS SO ORDERED**.

Dated: June 1, 2021

_____
Hon. George H. Wu
United States District Judge